

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LK:WDS                                  *271 Cadman Plaza East*
                                        *Brooklyn, New York 11201*

January 17, 2012

By ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Tamara Cherrie,
            Criminal Docket No. 11-663 (DLI)

Dear Judge Irizarry:

      The above-referenced case is scheduled for sentencing on February 3, 2012. The defendant, by her counsel, filed her objections to the Presentence Investigation Report ("PSR") and sentencing memorandum on January 12, 2012. I write to respectfully request that Your Honor permit the government until January 19, 2012 to respond to the defendant's submissions.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                              United States Attorney

                    By:       /s/
                              David Sarratt
                              Assistant U.S. Attorney
                              (718) 254-6418

cc:  Clerk of Court (DLI)
     Counsel (By Electronic Mail)