## CRIMINAL CAUSE FOR SENTENCING

Before: **HON. DORA L. IRIZARRY, U.S.D.J.**                    Date: **Feb. 6, 2012**

Docket Number: **10-CR-861 (S-1)**                    Time in court: **0:46**

Defendant's Name: **TAMARA CHERRIE** _____ **#2**
                         **X** Present ___Not Present **X** Custody ___Bail

Defense Counsel: **LAWRENCE MARK STERN** _____
                         ___Federal Defenders **X** CJA ___Retained

AUSA: **DAVID SARRATT**                    USPO: **JAIME TURTON**

Court Reporter: **RONALD TOLKIN**                    Deputy Clerk: **CHRISTY CAROSELLA**

- Defendant pleaded guilty to count 1 of indictment before Judge Irizarry on 5/25/11.

- Clerk of Court is directed to unseal exhibits B, C, E, G, I, and K attached to defense counsel's sentencing submission.

- PSR and addendum adopted by the Court with exceptions as to paragraphs 7 and 41 as stated on the record.

- Statements of the Government, defense counsel, and defendant were heard prior to the imposition of sentence.

- SENTENCE IMPOSED: 37 months in custody.

- SUPERVISED RELEASE TERM IMPOSED:  None.

- SPECIAL CONDITIONS OF SUPERVISION:  Not applicable.

- MONETARY PENALTIES:  $100 special assessment imposed.  Restitution is not applicable. No fine is imposed due to inability to pay.

- Open counts 2-4 are dismissed upon the Government's motion.  The defendant was not named in the underlying indictment.

- Defendant advised of right to appeal though waived pursuant to plea agreement.

- Defense counsel to provide Government with address for return of defendant's property; information will be forwarded to case agent.